UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALBERT ANDERSON,

    Petitioner,                                      CASE NO. 2:11-14825
                                                     HONORABLE PAUL D. BORMAN
v.                                               UNITED STATES DISTRICT JUDGE

LLOYD RAPELJE,

    Respondent.

_____/

**OPINION AND ORDER DENYING THE
MOTION FOR A CERTIFICATE OF APPEALABILITY**

On July 9, 2012, this Court denied petitioner's habeas application that had been brought pursuant to 28 U.S.C. § 2254 and also denied petitioner a certificate of appealability and leave to appeal *in forma pauperis*. *Anderson v. Rapelje,* No. 2:11-CV-14825; 2012 WL 2720165 (E.D. Mich. July 9, 2012). The United States Court of Appeals for the Sixth Circuit subsequently denied petitioner's application for a certificate of appealability, his motion for leave to proceed *in forma pauperis,* and dismissed the appeal. *Anderson v. Rapelje,* No. 12-2293 (6th Cir. September 18, 2013).

Pending before the Court is petitioner's "Motion Addressing Why the Court Should Issue a Certificate of Appealability."

In light of the fact that the Sixth Circuit has denied petitioner a certificate of appealability and dismissed petitioner's appeal, the motion for a certificate of appealability will be denied as moot. *See Woodberry v. Bruce,* 203 F. App'x. 186, 189 (10th Cir. 2006). The Sixth Circuit's denial of petitioner's motion for a certificate of appealability and the dismissal of petitioner's

prior appeal divested this Court of any power to grant petitioner a certificate of appealability on the issues he previously appealed and lost on before the Sixth Circuit. *Id.*

IT IS ORDERED that Petitioner's "Motion Addressing Why the Court Should Issue a Certificate of Appealability" [Dkt. # 19] is **DENIED AS MOOT.**

SO ORDERED.

      s/Paul D. Borman
      PAUL D. BORMAN
      UNITED STATES DISTRICT JUDGE

Dated: December 23, 2013

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on December 23, 2013.

      s/Deborah Tofil
      Case Manager